# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

WALDIN SAUL RODRIGUEZ SABILLON,

                Petitioner,

    v.

WARDEN, et al.,

                Respondents.

Case No. 5:26-cv-02383-MWC-PD

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). No objections to the Report have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, Count One of the Petition is granted, and the remaining count is dismissed without prejudice. The Court orders the following:

Respondents are enjoined from continuing to detain Petitioner unless no later than seven days from the date of this Order, Petitioner is provided with a bond hearing under 8 U.S.C. § 1226(a) at which the government must bear the burden of showing by clear and convincing evidence that Petitioner

poses a flight risk or danger to the public, and the immigration judge must exercise discretion to make an individualized determination whether Petitioner should be detained pending removal proceedings.

DATED:  June 12, 2026

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

2