JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALDIN SAUL RODRIGUEZ SABILLON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, et al.,<br><br>　　　　Respondents. | Case No. 5:26-cv-02383-MWC-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted in part.  Count One is granted and the remaining count is dismissed without prejudice.

DATED:  June 12, 2026

_Michelle W Court_

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE